**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Dennis Merrimon WATERS,**
**Defendant—Appellant.**

**No. 05–7442.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 8, 2006.

Decided: Feb. 28, 2006.

Dennis Merrimon Waters, Appellant Pro Se. Amy Elizabeth Ray, Office of the United States Attorney, Asheville, North Carolina, for Appellee.

Before WILKINSON, MOTZ, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dennis Merrimon Waters appeals the district court's order denying his motion to alter or amend judgment pursuant to Fed.R.Civ.P. 59(e).* We have reviewed the record and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss this appeal for the reasons stated by the district court. *See Waters v. United States,* No. CA–04–51; CR–01–48 (W.D.N.C. Aug. 23, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* Waters' sole claim on appeal is that the district court abused its discretion in denying his Rule 59(e) motion. Consequently, Waters has waived appellate review of the court's underlying denial of his § 2255 motion. *See* 4th Cir. R. 34(b).